Slip Op. 13-105

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNION STEEL**,<br><br>     Plaintiff,<br><br>  v.<br><br>**UNITED STATES**,<br><br>     Defendant,<br><br>  and<br><br>**UNITED STATES STEEL CORPORATION and NUCOR CORPORATION**,<br><br>     Defendant-Intervenors. | **Before: Timothy C. Stanceu, Judge**<br><br>**Court No. 08-00101** |

## JUDGMENT

Upon the parties' Stipulation of Dismissal of Count One (Zeroing) of the Complaint (July 10, 2013), ECF No. 193, in accordance with the Opinion and Order issued in this case on November 21, 2011, Slip Op. 11-144, ECF No. 166, upon consideration of all papers and proceedings had herein, and upon due deliberation, it is hereby

  **ORDERED** that the Final Results of Redetermination pursuant to Remand (Apr. 11, 2011), ECF No. 143, be, and hereby are, affirmed; and it is further

  **ORDERED** that entries of merchandise that are the subject of this litigation shall be liquidated in accordance with the final court decision in this action.

              /s/ Timothy C. Stanceu
              Timothy C. Stanceu
              Judge

Dated: August 8, 2013
   New York, New York